UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yetmany Jose FUENTES LUIS,<br><br>                                    Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-4183-AGS-BJW<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Yetmany Jose Fuentes Luis seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the Court "order [his] immediate release" from detention (ECF 1, at 18), and "the government does not oppose the petition" (ECF 5, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  July 30, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1